UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **8975 LICENSING LLC, a Texas Limited Liability Company,** | § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:15-cv-00823-ALM |
| v. | § § | |
| **MasterCare Software LLC, a California Limited Liability Company,** | § § § § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Having considered Plaintiff 8975 Licensing, LLC and Defendant MasterCare Software, LLC's Agreed Motion to Dismiss with Prejudice, it is hereby ORDERED that said agreed motion is GRANTED. It is therefore ORDERED that all claims 8975 Licensing, LLC raised or could have raised in this action against MasterCare Software, LLC are hereby dismissed WITH PREJUDICE.

It is further ordered that that all costs and expenses relating to this litigation between 8975 Licensing, LLC and MasterCare Software, LLC. (including attorney and expert fees and expenses, if any) shall be borne solely by the party incurring same.

**IT IS SO ORDERED.**

SIGNED this 20th day of April, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE